IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

TELTEK SALES, INC.                      :
4700 Parkside Avenue                    :
Philadelphia, PA  19131,                :
    Plaintiff                           :
                                        :
    vs.                                 :   CIVIL CASE NO. 02-CV-5127
                                        :
NETWORK TECHNOLOGY GROUP, INC.          :
911 S. Ann Street                       :
Baltimore, MD  21231,                   :
    Defendant                           :

---

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

TO THE CLERK OF COURT:

    Kindly dismiss the above-captioned matter, there having been neither answer nor motion from the adverse party.

                                              _____
                                              RICHARD MAX BOCKOL, ESQUIRE
                                              Attorney I.D. No. 02576
                                              100 Four Falls Corp. Cntr.
                                              Suite 300
                                              W. Conshohocken, PA  19428
                                              (610) 832-2032
                                              *Attorney for Plaintiff*

Dated:  September 11, 2002